# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### In Admiralty

Case No.: 8:21-00202

GEICO MARINE INSURANCE COMPANY,

    Plaintiff,

vs.

JASON LONG, BRYCE RASNAKE, CIERRA CUNNINGHAM, STEVEN SCHUMACHER, KIA PHOENIX, AND COLLABORATIVE BOATING, INC. D/B/A BOATSETTER,

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO COLLABORATIVE BOATING ONLY

Plaintiff, Geico Marine Insurance Company, through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action against defendant, COLLABORATIVE BOATING, INC. d/b/a BOATSETTER only. This dismissal does not apply to any other defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant, COLLABORATIVE BOATING, INC. d/b/a BOATSETTER, has not yet filed responsive pleadings. Accordingly, the claim against that defendant may be dismissed without an Order of the Court.

Respectfully submitted,

        WHITEBIRD, PLLC
        Attorneys for Plaintiff

        /s/ Ted L. Shinkle, Esq.
        Ted L. Shinkle, Esq.
        Florida Bar No.:  6080501
        730 E. Strawbridge Ave., Ste. 209
        Melbourne, FL 32901
        Phone: (321) 327-5580
        Email: tshinkle@whitebirdlaw.com
        Secondary:
        jaliano@whitebirlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will deliver copies to all counsel of record.

/s/ Ted Shinkle
TED SHINKLE, ESQ.
