UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO MARINE
INSURANCE COMPANY,

     Plaintiff,

v.                                  CASE NO. 8:21-cv-202-T-23SDM

JASON LONG, et al.,

     Defendants.

_____/

**ORDER**

In accord with Geico Marine Insurance Company's notice (Doc. 7),

Collaborative Boating, Inc., is **DISMISSED WITHOUT PREJUDICE** under Rule

41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on February 16, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE